# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
AUG 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TROY JENNINGS #67949053

Plaintiff

v.

FEDERAL BUREAU OF PRISON
THE BROOKYLN U.S. PROBATION DEPT.
THE U.S. DEPT. OF JUSTICE ATTORNEY OFFICE
THE US DEPT. OF JUSTICE DISTRUCT COURT, BROOKYLN
CLERKS OFFICE Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 1475

I, TROY JENNINGS _____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? __YES__  Do you receive any payment from the institution? __5 $ A MONTH__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☐ Yes  ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes  ☒ No
    b. Rent payments, interest or dividends              ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes  ☒ No
    d. Disability or workers compensation payments       ☐ Yes  ☒ No
    e. Gifts or inheritances                             ☐ Yes  ☒ No
    f. Any other sources                                 ☐ Yes  ☒ No

**RECEIVED**
AUG 14 2008
Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

I RECEIVED MONEY FROM MY MOTHER I DON'T KNOW WHEN SHE WILL SEND ME MONEY AGAIN

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

declare under penalty of perjury that the above information is true and correct.

_____    _____
Date                                          Signature of Applicant

OTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach 1e certified statement of each account.

ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ <br> United States Judge    Date | _____ _____ <br> United States Judge    Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __TROY JENNINGS__ v. __FEDERAL BUREAU OF PRISON, ET AL.__

Civil Action No. _____

I, __TROY JENNINGS__ #__67949053__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Troy Jennings_
Signature of Plaintiff

n:\forms\Trust Account Form

**TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION OR DETENTION**

I certify that  Jennings, T. 6-7949-053 (Insert name of prisoner detainee and number) has the current sum of $ 1.22 on account to his credit at USP Pollock Bureau of Prisons (name of institution). I further certify that during the past six months the applicants average balance was $ 193.29 and that the applicant's average monthly deposits were $ 33.28.

I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does (does not) (circle one) have a secondary savings account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any, is $ N/A.

Dated: 8/6/08

Signature of Authorized Officer

D. Lair  Counselor

Printed Name of Authorized Officer

9